FEBRUARY 3, 1998

No. 97–7716 (A–560). IN RE TUCKER. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 97–7764 (A–566). IN RE TUCKER. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Petition for writ of habeas corpus denied. JUSTICE O'CONNOR and JUSTICE KENNEDY took no part in the consideration or decision of this application and this petition.

No. 97–7698 (A–550). TUCKER v. TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

No. 97–7768 (A–569). TUCKER v. TEXAS BOARD OF PARDONS AND PAROLES ET AL. C. A. 5th Cir. Application for temporary restraining order, preliminary injunction, and stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE O'CONNOR and JUSTICE KENNEDY took no part in the consideration or decision of this application and this petition.

FEBRUARY 5, 1998

No. 97–886. SOCIETY EXPEDITIONS, INC., ET AL. v. CHAN ET UX. C. A. 9th Cir. Certiorari dismissed under this Court's Rule 46.1.

FEBRUARY 6, 1998

No. 97–7249. FUENTES v. UNITED STATES. C. A. 11th Cir. Certiorari dismissed under this Court's Rule 46.

No. 97–7747 (A–564). MACKALL v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir.